[No. 23436-3-III. Division Three. November 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CODY LEE HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-8-00049-2, Craig J. Matheson, J., entered September 15, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 23470-3-III. Division Three. November 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH R. KEELING, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-1-00087-3, Michael E. Cooper, J., entered September 27, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 24196-3-III. Division Three. November 15, 2005.]

EDWARD S. CARLSON ET AL., *Appellants*, v. RELIANCE NATIONAL INDEMNITY COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-02297-1, Michael P. Price, J., entered October 8, 2004. *Affirmed* by unpublished opinion per Kato C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 23432-1-III. Division Three. November 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS CRAIG ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00307-2, Robert G. Swisher, J., entered September 1, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.